1  PHILLIP A. TALBERT
2  United States Attorney
   MATHEW W. PILE
3  Associate General Counsel
   Office of Program Litigation, Office 7
4  JUSTIN L. MARTIN, Missouri State Bar No. 62255
5  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
6  Office of the General Counsel
   Social Security Administration
7  6401 Security Boulevard
8  Baltimore, MD 21235-6401
   Telephone: (206) 615-3735
9  Email: Justin.L.Martin@ssa.gov

10 Attorneys for Defendant

11
                   UNITED STATES DISTRICT COURT
12
                  EASTERN DISTRICT OF CALIFORNIA
13
                         FRESNO DIVISION
14

15 JOHNNY RAY GILDER, JR.,            )  CIVIL NO. 1:24-cv-01219-SKO
                                      )
16        Plaintiff,                  )  **STIPULATION AND UNOPPOSED**
                                      )  **MOTION TO VOLUNTARY REMAND**
17        v.                          )  **PURSUANT TO SENTENCE FOUR OF 42**
                                      )  **U.S.C. § 405(g) AND TO ENTRY OF**
18 CAROLYN COLVIN,                    )  **JUDGMENT; ORDER**
   Acting Commissioner of Social Security,[1]  )
19                                    )
          Defendant.                  )  **(Doc. 11)**
20                                    )
   _____   )

21        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22 attorneys, and with the approval of the Court, that this action be remanded for further

23 administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

24 § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

25

26 _____
   [1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024.
27 Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be
   substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to
28 continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
   U.S.C. § 405(g).

STIPULATION AND UNOPPOSED MOTION TO REMAND; ORDER 1:24-cv-01219-SKO

administrative law judge (ALJ) with instructions to reevaluate Plaintiff's subjective complaints; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert testimony, if warranted; take action to further develop the record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  December 17, 2024

/s/ Melissa Newel*
MELISSA NEWEL
Attorney for Plaintiff
*Authorized via e-mail on December 17, 2024

PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

DATE: December 17, 2024

By: /s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation and unopposed motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 11), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Acting Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated: __**December 18, 2024**__                _____*/s/ Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE